# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Stacy Jones, ) | Civil Action No. 0:14-cv-4534 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on January 19, 2016. Defendant filed a response on January 27, 2016, stating that the parties have agreed to a reduced award of $4,900.00 in attorney's fees, $16.00 in expenses and $7.00 in costs under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,900.00 in attorney's fees, $16.00 in expenses and $7.00 in costs under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

January 28, 2016
Charleston, South Carolina